johnjamescpl

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334



Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00046 |
| Plaintiff, | COMPLAINT |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE |
| JOHN ALBERT JAMES, | [21 U.S.C. §§ 841(a)(1) & 846] |
| Defendant. | |

THE UNDERSIGNED COMPLAINT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about September 8, 2008 in the District of Guam, the defendant herein, JOHN ALBERT JAMES, did knowingly and intentionally possessed with the intent to distribute over twenty-five (25) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

1

COMPLAINANT FURTHER STATES:

My name is David L. Taitano and I am a Task Force Officer with the Drug Enforcement Administration (DEA). In that capacity, I attest to the following:

1) On September 8, 2008, John Albert James (hereinafter JAMES) arrived at the Guam International Airport off Continental Flight 01 arriving from Honolulu, Hawaii. JAMES then proceeded down to the baggage claim area and retrieved his baggage and then proceeded to the Guam Customs and Quarantine inspection area where he was referred for a secondary inspection.

2) During the inspection of JAMES' baggage Guam Customs officer observed JAMES to be nervous and fidgety. JAMES also attempted to conceal his body behind his baggage. JAMES also tried to rush the inspection by diverting the Guam Customs officer's attention to other exiting passengers. Based on those observations, the Customs officer then conducted a pat down search of JAMES for contraband. Upon search of JAMES, a concealed inner pocket was discovered sewn into his pants waist area wherein the contraband was found. Guam Customs officer then conducted a field test on the contraband which resulted in a presumptive positive for methamphetamine.

3) On September 8, 2008, JAMES was detained and Guam Customs notified the affiant of the seizure.

//
//
//
//

2

3) I believe that there is probable cause to charge JAMES with possession with intent to distribute methamphetamine.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DAVID L. TAITANO
Task Force Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN TO before me on this 9th day of September, 2008.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

3