LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00046 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR WRIT OF HABEAS** |
| | ) | **CORPUS AD PROSEQUENDUM** |
| JOHN ALBERT JAMES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through undersigned counsel, hereby moves this

Honorable Court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant,

JOHN ALBERT JAMES, is now in the custody of the Territorial Detention Center and that said

prisoner is required to appear before this Court on September 10, 2008, at 1:30 p.m. for his

initial appearance in the United States District Court of Guam and whenever necessary hereafter

to attend court appearances in the above-entitled case and upon completion of said prosecution

and/or court appearances and/or upon further order of the court, return said prisoner to his place

of confinement.

Dated this 9th day of September 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI


By:     /s/ Rosetta L. San Nicolas
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney