LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00046 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **WRIT OF HABEAS CORPUS** |
| ) | **AD PROSEQUENDUM** |
| JOHN ALBERT JAMES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO: OFFICER IN CHARGE
    Territorial Detention Center
    Territory of Guam

    This Court finds that JOHN ALBERT JAMES is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on September 10, 2008, at 1:30 p.m. for his initial appearance on the federal charges in the District Court of Guam.

    **IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent or any Federal law enforcement agent shall produce JOHN ALBERT JAMES, before this Court on September 10, 2008 at 1:30 p.m. and whenever

necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

**IT IS SO ORDERED.**



/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Sep 10, 2008**