# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00046　　　　　　　　　　DATE: September 10, 2008

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 1:40:54 - 1:46:55

---

**APPEARANCES:**

Defendant: John Albert James　　　　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Maria Cruz
Interpreter:　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Initial Appearance on a Complaint**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant advised of his rights, charges, and penalties.
- Preliminary Examination set for: September 19, 2008 at 2:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: