AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of      GUAM

UNITED STATES OF AMERICA

V.

JOHN ALBERT JAMES

**WARRANT FOR ARREST**

Case Number: CR-08-00046-001

**RECEIVED**
SEP - 9 2008
US MARSHALS SERVICE-GUAM

**FILED**
DISTRICT COURT OF GUAM
SEP 10 2008
JEANNE G. QUINATA
Clerk of Court

ORIGINAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **JOHN ALBERT JAMES**
                                                                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     **X** Complaint     ☐ Order of court

☐ Pretrial Release     ☐ Probation     ☐ Supervised Release     ☐ Violation Notice
    Violation Petition       Violation Petition      Violation

charging him or her with    (brief description of offense)

**Possession With Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846**

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

   **JOAQUIN V. E. MANIBUSAN, JR.**          [signature]
        Name of Issuing Officer                                            Signature of Issuing Officer

   **Magistrate Judge**                               **September 9, 2008; Hagatna, Guam**
    Title of Issuing Officer                                                 Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named individual at   GUAM DOC.
Hagatna, Guam

| DATE RECEIVED<br>9-9-08 | NAME AND TITLE OF ARRESTING OFFICER<br>TFO DAVID L. TAITANO | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>9-10-08 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____
_____
_____